UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT EARL JONES,<br><br>　　　　　　　　　Plaintiff,<br>　v.<br>PERRY RUSSELL, *et al.*,<br>　　　　　　　　　Defendants. | Case No. 3:23-cv-00342-ART-CLB<br><br>ORDER GRANTING MOTION TO EXTEND TIME<br><br>[ECF No. 6] |

On October 18, 2023, the Court screened plaintiff Robert Earl Jones's civil-rights complaint, allowing one claim to proceed and dismissing the other claims with leave to amend by November 17, 2023. (ECF No. 4). Before that deadline expired, Plaintiff moved to extend it to December 17, 2023, which is a Sunday. (ECF No. 6). The Court finds that good cause exists to extend the deadline to Monday, December 18, 2023.

It is therefore ordered that Plaintiff's motion to extend time (ECF No. 6) is granted.

It is further ordered that the deadline for Plaintiff to file a first amended complaint is extended to December 18, 2023.

If Plaintiff does not file a first amended complaint by December 18, 2023, this action will proceed immediately on only the Eighth Amendment claim about indifference to the weather condition against Sandra Walker.

DATED THIS 15th day of November, 2023.

_____
UNITED STATES MAGISTRATE JUDGE